JEAN PFISTER, Respondent, *v.* ABE COOPERSMITH, Appellant.

Argued March 16, 1948; decided June 4, 1948.

*Frank S. Samansky* for appellant.

*John P. McGrath, Corporation Counsel* (*Stanley Buchsbaum* of counsel), for City of New York, *amicus curiæ*, in support of appellant's position.

*Salvator Milazzo* for respondent.

Orders of the Appellate Division and of the Appellate Term reversed and order of the Municipal Court affirmed, without costs, on authority of *Matter of Tartaglia* v. *McLaughlin* (297 N. Y. 419), decided May 20, 1948; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.